1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. Bar #177913
   Staff Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  DOROTHY SHAW

8

9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,    ) No. Cr.S. 08-00087-EFB
                                )
13            Plaintiff,        )
                                ) ORDER
14    v.                        )
                                )
15 DOROTHY SHAW,                )
                                ) Judge: Hon. Edmund F. Brennan
16            Defendant.        )
                                )
17 _____)

18

19     1.  Dorothy Shaw was sentenced to 5 days to the custody of the
20 Bureau of Prisons to be served every other weekend, as close to
21 Marysville as possible.  The defendant has a default self surrender
22 date of June 24, 2008, specified in the plea agreement.
23     2.  The Bureau of Prisons has not designated the defendant and
24 needs additional time to do so.
25     For the reasons stated above, it is hereby ordered that Ms. Shaw
26 self surrender date of Tuesday, June 24, 2008, by 12:00 p.m., be
27 extended to start on Saturday, July 5, 2008, by 12:00 p.m., to give
28 / / /

time to the Bureau of Prisons to designate.

DATED: June 23, 2008                    Respectfully submitted,


                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Michael Petrik, Jr.
                                        _____
                                        MICHAEL PETRIK
                                        Attorney for Defendant




**O R D E R**

  **IT IS SO ORDERED.**


DATED: June 24, 2008                     /s/ EDMUND F. BRENNAN
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

**2**