```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  JENNIFER E. DAVIS
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 08-087-EFB |
| Plaintiff, | PETITION FOR PROBATION REVOCATION AND |
| v. | ORDER TO APPEAR |
| DOROTHY SHAW, | DATE: June 15, 2009 |
| | TIME: 10:00 a.m. |
| | JUDGE: Hon. Edmund F. Brennan |
| Defendant. | |

On May 20, 2008, the defendant, DOROTHY SHAW, pled guilty to two counts of:

Driving When Privilege Suspended and Revoked for Failure to Appear, in violation of Title 18, United States Code, Section 13, and California Vehicle Code, Section 14601.1(a), a misdemeanor.

On May 20, 2008, among other things, the defendant was given the following sentence by United States Magistrate Judge Edmund F. Brennan:

    1. The defendant shall pay a $450.00 fine.

    2. The defendant shall serve a one-year term of court probation.

The United States alleges that the defendant has violated the conditions of the sentence imposed and the above mentioned order of the court as follows:

>The defendant has failed to complete payment of the $450.00 fine; the defendant has paid to date $30.00, leaving a balance of $420.00. (Attached and incorporated herein, is Exhibit A, setting forth the receipts of payments made to the Court.)

The United States therefore petitions the Court to place this matter on its calendar to allow the defendant to show cause why the probation granted on May 20, 2008, should not be revoked.

All of the above has been related to me by Jennifer E. Davis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: May ___, 2009                    Respectfully Submitted,

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney


                                     By: /s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
                                         Assistant U.S. Attorney

**ORDER**

Good Cause Appearing, the defendant is ordered to appear on June 15, 2009, at 10:00 a.m., before the undersigned, at the U.S. Courthouse, 501-I Street, 8th Floor, Courtroom No. 25, Sacramento, CA, to show cause why probation should not be revoked.

IT IS SO ORDERED.

Dated: May 14, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE