BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CATHERINE R. CHYI
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

**FILED**

AUG 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 08-087-EFB |
| Plaintiff, | PETITION FOR PROBATION REVOCATION AND [~~PROPOSED~~] *AN* ORDER TO APPEAR |
| v. | |
| DOROTHY SHAW, | DATE: September 13, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edmund F. Brennan |
| Defendant. | |

On May 20, 2008, the defendant, DOROTHY SHAW, pled guilty to two counts of:

   Driving When Privilege Suspended and Revoked for Failure to
   Appear, in violation of Title 18, United States Code, Section
   13, and California Vehicle Code, Section 14601.1(a), a
   misdemeanor.

On May 20, 2008, among other things, the defendant was given the following sentence by United States Magistrate Judge Edmund F. Brennan:

   1.  The defendant shall pay a $450.00 fine.
   2.  The defendant shall serve a one-year term of court
       probation.

1

1      On June 15, 2009, the defendant was given a 14-month
2 extension and ordered to pay $30 per month until the fine amount
3 was paid in full.
4      The United States alleges that the defendant has violated the
5 conditions of the sentence imposed and the above mentioned order
6 of the court as follows:
7           The defendant has failed to complete payment of the
8           $450.00 fine; the defendant has paid to date $80.00,
9           leaving a balance of $390.00.
10     The United States therefore petitions the Court to place this
11 matter on its calendar to allow the defendant to show cause why
12 the probation extension granted on June 15, 2009, should not be
13 revoked.
14      All of the above has been related to me by Catherine R. Chyi.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1     I declare under penalty of perjury that the foregoing is true
2 and correct to the best of my knowledge.
3 DATED: August 13, 2010     Respectfully Submitted,
4                                            BENJAMIN B. WAGNER
                                           United States Attorney
5
6                                          By:
7                                         MATTHEW C. STEGMAN
                                         Assistant U.S. Attorney
8
9                               [~~PROPOSED~~] ORDER
10     Good Cause Appearing, the defendant is ordered to appear on
11 September 13, 2010 at 10:00 a.m., before the Honorable Edmund F.
12 Brennan, United States Magistrate Judge, at the U.S. Federal
13 Courthouse, 501-I Street, 8th Floor, Sacramento, California, to
14 show cause why probation should not be revoked.
15     IT IS SO ORDERED.
16 Dated: August 13, 2010
17
18 *Dale A. Drozd*
   ~~EDMUND F. BRENNAN~~ DALE A. DROZD
19 United States Magistrate Judge

3